UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WILMA KAY WILSON, BILLY GERALD WILSON, AND WILLIAM HOMER AMONETT<br><br>Plaintiffs,<br>V.<br><br>SUMMIT PRIMARY CARE, PLLC, AND EDWARD L. KING, M.D.<br><br>Defendants. | Civil Action No. 3:10-cv-0724<br><br>Jury Demand<br><br>Judge Nixon<br>Magistrate Knowles |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

PLAINTIFFS WILMA KAY WILSON, BILLY GERALD WILSON, and WILLIAM HOMER AMONETT (hereinafter "Plaintiffs") and DEFENDANTS SUMMIT PRIMARY CARE, PLLC and EDWARD L. KING, M.D. (hereinafter "Defendants"), by and through their respective undersigned counsels, announce to the Court that this case has been resolved and that all of Plaintiffs' claims in this action should be dismissed with prejudice. Plaintiffs and Defendants further agree that, except as otherwise agreed in writing, each party is to bear its own costs (including court costs), attorney fees, expenses, and all other fees.

ACCORDINGLY, the Court hereby ORDERS that Plaintiffs' Complaint and all issues, claims and matters pertaining to the claims in this matter are hereby DISMISSED WITH PREJUDICE in their entirety, with each party to bear its own costs (including court costs), attorney fees, expenses, and all other fees, except as otherwise agreed in writing.

It is so ORDERED.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT